** SANITY HEARING — EXPENSES PAID ** EXPENSES OF COUNTY MENTAL HEALTH PROCEEDINGS ARE PAYABLE OUT OF THE COUNTY GENERAL FUND WITH THE EXCEPTION OF EXPENSES FOR PROVIDING JURORS IN CERTAIN INSTANCES TO DETERMINE THE ISSUE OF MENTAL ILLNESS. (SANITY HEARING, INDIGENT, FEES, EXPENSES) CITE: 20 O.S. 1301 [20-1301], 20 O.S. 1311 [20-1311], 43A O.S. 54 [43A-54], 43A O.S. 55 [43A-55], 43A O.S. 75 [43A-75], 20 O.S. 91.1 [20-91.1], 20 O.S. 91.6 [20-91.6] (GARY F. GLASGOW)